PER CURIAM.

We agree with the district court that this case is controlled by *Coral Springs Street Systems, Inc. v. City of Sunrise,* 371 F.3d 1320 (11th Cir.2004), and that appellee is entitled to summary judgment.

**AFFIRMED.**

Before TJOFLAT and BARKETT, Circuit Judges and FULLER,* Chief District Judge.

PER CURIAM:

AFFIRMED. *See* 11th Cir. R. 36–1.[1]

**En Xin WU, Petitioner,**

v.

**U.S. ATTORNEY GENERAL, Respondent.**

**No. 04–12895.**

**BIA No. A79–432–956.**

United States Court of Appeals, Eleventh Circuit.

Sept. 30, 2005.

Thomas Vincent Massucci, New York, NY, for Petitioner.

Jennie L. Basile, David V. Bernal, Office of Immigration Litigation, Jamie M. Dowd, Ernesto H. Molina, Jr., Washington, DC, for Respondent.

**WILLIAMS ISLAND SYNAGOGUE, INC., a Florida not-for-profit corporation, Plaintiff–Appellant,**

v.

**CITY OF AVENTURA, FLORIDA, a Florida municipal corporation, Defendant–Appellee.**

**No. 05–11334.**

**D.C. Docket No. 04–20257–CV–UUB.**

United States Court of Appeals, Eleventh Circuit.

Sept. 30, 2005.

Lawrence R. Metsch, Metsch & Metsch, P.A., Miami, FL, for Plaintiff–Appellant.

---

* Honorable Mark E. Fuller, United States Chief District Judge for the Middle District of Alabama, sitting by designation,

1. 11th Cir. R. 36–1 provides:

When the court determines that any of the following circumstances exist:

(a) judgment of the district court is based on findings of fact that are not clearly erroneous;

(b) the evidence in support of a jury verdict is sufficient;

(c) the order of an administrative agency is supported by substantial evidence on the record as a whole;

(d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;

(e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.

Harriet R. Lewis, Weiss, Serota, Helfman, etc., Ft. Lauderdale, FL, for Defendant–Appellee.

Before TJOFLAT and BARKETT, Circuit Judges and MILLS,* District Judge.

PER CURIAM:

AFFIRMED. *See* 11th Cir. R. 36–1.[1]

Tammy **FAIR**, Petitioner–Appellant,

v.

**UNITED STATES of America**, Defendant–Appellee.

No. 05–11631
Non–Argument Calendar.
D.C. Docket Nos. 02–00022–CV–WCO–2, 99–00033–CR–02.

United States Court of Appeals,
Eleventh Circuit.

Oct. 3, 2005.

Edward D. Tolley, Ronald Edward Houser, Cook, Noell, Tolley, Bates & Michael, LLP, Athens, GA, for Petitioner–Appellant.

Amy Levin Weil, Richard A. Rice, Jr., U.S. Attorney's Office, Northern District of Georgia, Atlanta, GA, for Defendant–Appellee.

Before ANDERSON, BARKETT and MARCUS, Circuit Judges.

PER CURIAM.

Tammy Fair appeals the district court's denial of her motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. On appeal, Fair asserts the district court erred in its analysis of her ineffective-assistance-of-counsel claim. Fair argues she established both that her trial attorney's performance was defective because he failed to advise her of her right to testify in her own defense, and that she was prejudiced because her testimony would have changed the result of her trial. We review "a district court's findings of fact in a 28 U.S.C. § 2255 proceeding for clear error, and its legal conclusions *de novo.*" *Garcia v. United States*, 278 F.3d 1210, 1212 (11th Cir.2002); *see also Williams v. United States*, 396 F.3d 1340, 1341 (11th Cir.2005) (same). After thorough review, we affirm.

---

* Honorable Richard Mills, United States District Judge for the Central District of Illinois, sitting by designation.

1. 11th Cir. R. 36–1 provides:
    When the court determines that any of the following circumstances exist:
    (a) judgment of the district court is based on findings of fact that are not clearly erroneous;
    (b) the evidence in support of a jury verdict is sufficient;
    (c) the order of an administrative agency is supported by substantial evidence on the record as a whole;
    (d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
    (e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.